IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00226-ZLW

TIMOTHY DOYLE YOUNG,

       Plaintiff,

v.

UNITED STATES,

       Defendant.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

      Plaintiff submitted a Notice of Appeal on July 13, 2009. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      _x_  is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      _x_  is not submitted
      ___  is missing affidavit
      ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___  is missing required financial information
      ___  is missing an original signature by the prisoner
      ___  is not on proper form (must use the court's current form)
      ___  other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 22nd day of July, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court